UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter:          11

Judge:     _____

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: _____     Date Plan Confirmed: _____

Check one:     ☐ Initial Distribution

            ☐ Subsequent Distribution

Will future distributions be made under the Plan?          ☐ Yes     ☐ No

Future distributions will be made to (*check all that apply*):

         ☐ Administrative fees and expenses

         ☐ Secured claims

         ☐ Priority secured claims

         ☐ General unsecured claims

         ☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

         Paid in this distribution:          _____ %

         Paid to date:          _____ %

         To be paid after all distributions made under Plan:          _____ %

**<u>Summary of Payments Made in This Distribution:</u>**

$ _____ Administrative fees and expenses

$ _____ Secured claims

$ _____ Priority unsecured claims

$ _____ General unsecured claims

$ _____ Equity security holders

$ _____ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: _____

I certify under penalty of perjury that the above is true.

Date: _____        _____
                               Disbursing Agent

*rev.8/1/15*